**SHA-1 Hash:** FB9554382F176C383BD70156FDC35D99EA14ADE1     **Title:** Busty Construction Girls
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 97.69.173.120 | 5/10/2012 23:32 | Livonia | MI | Bright House Networks | BitTorrent |
| 2 | 97.71.24.13 | 5/5/2012 12:43 | Livonia | MI | Bright House Networks | BitTorrent |
| 3 | 24.180.181.126 | 5/14/2012 9:07 | Lapeer | MI | Charter Communications | BitTorrent |
| 4 | 68.40.21.229 | 5/9/2012 12:21 | Taylor | MI | Comcast Cable | BitTorrent |
| 5 | 68.40.236.34 | 5/18/2012 2:56 | Westland | MI | Comcast Cable | BitTorrent |
| 6 | 68.41.216.63 | 5/4/2012 22:13 | Roseville | MI | Comcast Cable | BitTorrent |
| 7 | 68.42.102.28 | 5/12/2012 22:31 | Waterford | MI | Comcast Cable | BitTorrent |
| 8 | 68.42.113.209 | 5/19/2012 2:26 | Ypsilanti | MI | Comcast Cable | BitTorrent |
| 9 | 68.42.67.66 | 5/19/2012 0:32 | Ann Arbor | MI | Comcast Cable | BitTorrent |
| 10 | 68.42.92.64 | 5/7/2012 20:42 | Northville | MI | Comcast Cable | BitTorrent |
| 11 | 69.246.82.201 | 5/24/2012 5:24 | Clio | MI | Comcast Cable | BitTorrent |
| 12 | 71.197.17.88 | 5/23/2012 14:25 | Detroit | MI | Comcast Cable | BitTorrent |
| 13 | 71.227.115.79 | 5/6/2012 6:00 | Washington | MI | Comcast Cable | BitTorrent |
| 14 | 71.238.240.147 | 5/8/2012 23:34 | Roseville | MI | Comcast Cable | BitTorrent |
| 15 | 98.243.169.20 | 5/11/2012 12:26 | Ann Arbor | MI | Comcast Cable | BitTorrent |
| 16 | 98.243.226.82 | 5/19/2012 2:21 | New Baltimore | MI | Comcast Cable | BitTorrent |
| 17 | 24.192.188.66 | 5/7/2012 17:24 | Warren | MI | WideOpenWest | BitTorrent |
| 18 | 69.14.252.40 | 5/9/2012 20:07 | Royal Oak | MI | WideOpenWest | BitTorrent |
| 19 | 69.14.78.192 | 5/5/2012 22:32 | Sterling Heights | MI | WideOpenWest | BitTorrent |
| 20 | 69.14.90.120 | 5/5/2012 22:01 | Dearborn | MI | WideOpenWest | BitTorrent |
| 21 | 74.199.67.236 | 5/17/2012 3:55 | Warren | MI | WideOpenWest | BitTorrent |

EXHIBIT A

NEMI6