## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

PATRICK COLLINS, INC.,      )
      )
     Plaintiff,      )    Civil Case No. <u>2:12-cv-12596-AJT-RSW</u>
      )
v.      )
      )
JOHN DOES 1-21,      )
      )
     Defendants.      )
      )

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Patrick Collins, Inc., moves for entry of an order extending the time within Plaintiff has to serve Defendants with a Summons and Complaint, and states:

1.    This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. The true identity of the Doe Defendant is known by their internet service provider ("ISP").

2.    On or about August 28, 2012, Plaintiff was granted leave to serve a third party subpoena to obtain John Doe 1's identifying information. Plaintiff perfected service of the subpoena on or about August 28, 2012. The subpoena compliance date is October 17, 2012.

3.    Pursuant to this Rule 4(m), Plaintiff has until today, October 12, 2012, to effectuate service of the summons and Complaint upon Defendant.

4.    Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on the Defendant be extended an additional thirty (30) days, or until November 12, 2012.

5.    This is Plaintiff's first request for an extension of time to serve Defendants.

1

WHEREFORE, Plaintiff respectfully requests that the time within it must serve the Defendants with a summons and Complaint be extended until November 12, 2012. A proposed order is attached for the Court's convenience.

Dated: October 12, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:    /s/ Paul J. Nicoletti
      Paul J. Nicoletti, Esq. (P44419)
      36880 Woodward Ave, Suite 100
      Bloomfield Hills, MI 48304
      Tel: (248) 203-7800
      Fax: (248) 203-7801
      E-Fax: (248) 928-7051
      Email: paul@nicoletti-associates.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S SUPPLEMENT TO AMENDED DECLARATION OF TOBIAS FIESER has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

Dated: October 12, 2012

By:    /s/ Paul J. Nicoletti
      Paul J. Nicoletti

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *Paul J. Nicoletti*