UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PATRICK COLLINS, INC., | ) |
| Plaintiff, | ) Civil Case No. 2:12-cv-12596-AJT-RSW |
| v. | ) |
| JOHN DOES 1-21, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF RECEIPT OF SUBPOENAED INFORMATION**

PLEASE TAKE NOTICE, today, October 26, 2012, Bright House produced Doe Defendant 1's identity to undersigned's office. Attached hereto as Exhibit A is the subpoena issued to Bright House instructing them to produce the information directly to Judge Tarnow's Chambers.

Undersigned was immediately notified by the paralegal who received the information and instructed her to permanently delete the e-mail containing the identifying information. And, it was so deleted. Undersigned sincerely and genuinely apologizes to the Court and the Defendant for this error.

Dated: October 26, 2012

Respectfully submitted,
NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S SUPPLEMENT TO AMENDED DECLARATION OF TOBIAS FIESER has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

Dated: October 26, 2012

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Paul J. Nicoletti*

## SERVICE LIST

Bright House Networks Online Service
c/o Neustar Legal Compliance
46000 Center Oak Plaza
Sterling, VA  20168
Facsimile: (571) 434-3401